**UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION**

| | | |
|---|---|---|
| UNION INSURANCE COMPANY | ) | |
| | ) | |
| Plaintiff, | ) | Case No.: 4:22-cv-01180 AGF |
| | ) | |
| v. | ) | |
| | ) | |
| CSAC, INC., and SADE M. CRAWFORD, | ) | |
| | ) | |
| Defendants. | ) | |

**ENTRY OF APPEARANCE**

COMES NOW ***Thomas J. Magee, as lead attorney, and HeplerBroom LLC*** and hereby enters his appearance on behalf of ***Defendant CSAC, Inc.***

HEPLERBROOM LLC

By: */s/ Thomas J. Magee*
Thomas J. Magee No. 32871MO
Charles N. Insler No. 58623MO
701 Market Street, Suite 1400
St. Louis, MO 63101
314-241-6160
314-241-6116 Fax
tm1@heplerbroom.com
cni@heplerbroom.com
*Attorneys for Defendant CSAC, Inc.*

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that on November 29, 2022, the foregoing was filed electronically with the Clerk of Court, therefore to be served electronically by operation of the Court's electronic filing system upon all counsel of record.

*/s/ Thomas J. Magee*