**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF MISSOURI**
**EASTERN DIVISION**

| | | |
|---|---|---|
| UNION INSURANCE COMPANY | ) | |
| | ) | |
| | ) | |
| Plaintiff, | ) | Case No.: 4:22-cv-01180 AGF |
| | ) | |
| v. | ) | |
| | ) | |
| CSAC, INC., and SADE M. CRAWFORD, | ) | |
| | ) | |
| | ) | |
| Defendants. | ) | |

**ENTRY OF APPEARANCE**

COMES NOW *Charles N. Insler and HeplerBroom LLC* and hereby enters his appearance on behalf of *Defendant CSAC, Inc.*

           HEPLERBROOM LLC

      By: */s/ Charles N. Insler*
         Thomas J. Magee No. 32871MO
         Charles N. Insler No. 58623MO
         701 Market Street, Suite 1400
         St. Louis, MO 63101
         314-241-6160
         314-241-6116 Fax
         tm1@heplerbroom.com
         cni@heplerbroom.com
         *Attorneys for Defendant CSAC, Inc.*

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that on November 29, 2022, the foregoing was filed electronically with the Clerk of Court, therefore to be served electronically by operation of the Court's electronic filing system upon all counsel of record.

              */s/ Charles N. Insler*