## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF MISSOURI
## EASTERN DIVISION

| | |
|---|---|
| UNION INSURANCE COMPANY ) | |
| ) | |
| Plaintiff, ) | Case No.: 4:22-cv-01180 |
| ) | |
| v. ) | |
| ) | |
| CSAC, INC. and SADE M. ) | |
| CRAWFORD, ) | |
| ) | |
| Defendants. ) | |

### Defendant Sade M. Crawford's
### Unopposed Motion for Extension of Time to Answer or Otherwise Respond

Defendant Sade M. Crawford ("Crawford"), through her undersigned counsel, respectfully moves this Court for an order extending Crawford's time to answer or otherwise respond up to and including February 8, 2023. In support of this Motion, Crawford states:

1. Plaintiff commenced this action on November 7, 2022.

2. Crawford was served with a civil summons and Plaintiff's Complaint on December 9, 2022.

3. Crawford's current deadline to answer or otherwise respond to Plaintiff's Complaint is January 9, 2023.

4. For Crawford's counsel to fully investigate and respond to Plaintiff's Complaint, Crawford respectfully requests a thirty (30) day extension until February 8, 2023, to answer or otherwise respond to Plaintiff's Complaint.

5. This is the first request for additional time sought by Crawford in this action.

6. This extension is sought in good faith and not for the purposes of delay. Neither party will be prejudiced by this extension.

1

7. Crawford's counsel communicated with Plaintiff's counsel via email on January 6, 2023, regarding the relief requested herein. Plaintiff does not oppose this motion for extension of time to answer or otherwise respond.

WHEREFORE, Crawford respectfully requests this Court extend its time to answer or otherwise respond until February 8, 2023.

Respectfully submitted,

**ONDERLAW, LLC**

By: */s/ Martin L. Daesch*
    Martin L. Daesch, #40494 (MO)
    Jesse B. Rochman #60712 (MO)
    Craig W. Richards #67262 (MO)
    110 E. Lockwood
    St. Louis, MO 63119
    Phone: (314) 963-9000
    Fax: (314) 963-1700
    daesch@onderlaw.com
    rochman@onderlaw.com
    richards@onderlaw.com
    *Counsel for Defendant Sade M. Crawford*