**UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION**

| | |
|---|---|
| UNION INSURANCE COMPANY ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case No.: 4:22-CV-01180-AGF |
| ) | |
| CSAC, INC.,; and SADE M. ) | |
| CRAWFORD, ) | |
| ) | |
| Defendants. ) | |

**PLAINTIFF'S CONSENT MOTION FOR EXTENSION OF TIME TO RESPOND TO DEFENDANTS' MOTION TO DISMISS OR STAY**

Plaintiff Union Insurance Company, by and through its attorneys, respectfully requests this Court for an Order extending Plaintiff's deadline to respond to Defendants' Motion to Dismiss or Stay, up to and including March 8, 2023.  In support, Plaintiff states as follows:

1. On February 8, 2023, Defendants filed a Motion to Dismiss or Stay (Doc. 28).

2. Plaintiff's Suggestions in Opposition to this motion is currently due on or before February 22, 2023.

3. Counsel for Plaintiff have had pressing concerns in other matters unrelated to this case which have required time and attention, and Plaintiff therefore needs additional time in which to file its Suggestions in Opposition.

4. Therefore, Plaintiff seeks a 14-day extension of time in which to file its Suggestions in Opposition, up to and including March 8, 2023.

5. This is the first such request for extension of time by Plaintiff.

6. This request is not being made to hinder or delay this matter, and Plaintiff is not aware of any prejudice to either side.

7. Defendants' counsel has indicated there is no objection to this request.

WHEREFORE, Plaintiff respectfully requests this Court enter an Order granting it an extension of time to file its Suggestions in Opposition to Defendants' Motion to Dismiss or Stay until March 8, 2023, and for such further relief as the Court deems just and proper.

Respectfully submitted,

SCHREIMANN, RACKERS
& FRANCKA, L.L.C.

/s/ Ryan Bertels
Chris Rackers, #41894
Ryan Bertels, #55167
931 Wildwood Drive, Suite 201
Jefferson City, MO 65109
573-634-7580
573-635-6034 (facsimile)
cpr@srfblaw.com
rb@srfblaw.com

and

Dana A. Rice
Jason M. Taylor
TRAUB LIEBERMAN
STRAUS & SHREWSBERRY, LLP
303 W. Madison Street, Suite 1200
Chicago, Illinois 60603
312.332.3900
312.332.3908 (f)

Attorneys for Plaintiff Union Insurance Company

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that a true and correct copy of the above and foregoing was served upon all attorneys of record, via the Court's electronic filing system, on February 14, 2023.

/s/ Ryan Bertels