UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| Union Insurance Company, ) | |
| ) | |
| Plaintiff, ) | |
| ) | Case No. 4:22 cv 01180 |
| v. ) | |
| ) | |
| CSAC, Inc. and Sade M. Crawford, ) | |
| ) | |
| Defendants. ) | |

## ENTRY OF APPEARANCE

COMES NOW *Emily D. Roman of HeplerBroom LLC* and hereby enters her appearance on behalf of *Plaintiff/Counterclaim Defendant CSAC, Inc.*

       HEPLERBROOM LLC

   By: */s/ Emily D. Roman*
      Thomas J. Magee No. 32871MO
      Charles N. Insler No. 58623MO
      Emily D. Roman No. 69307MO
      701 Market Street, Suite 1400
      St. Louis, MO 63101
      314-241-6160
      314-241-6116 Fax
      tm1@heplerbroom.com
      cni@heplerbroom.com
      er1@heplerbroom.com
      *Attorneys for Plaintiff/Counterclaim*
      *Defendant CSAC, Inc.*

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on July 25, 2023, the foregoing was filed electronically with the Clerk of Court, therefore to be served electronically by operation of the Court's electronic filing system upon all counsel of record.

       */s/ Emily D. Roman*