**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF MISSOURI**
**EASTERN DIVISION**

| | | |
|---|---|---|
| UNION INSURANCE COMPANY | ) | |
| | ) | |
| | ) | |
| Plaintiff, | ) | Case No.:  4:22-cv-01180-AGF |
| | ) | |
| v. | ) | |
| | ) | |
| CSAC, INC.; and SADE M. CRAWFORD, | ) | |
| | ) | |
| | ) | |
| Defendants. | ) | |

**STIPULATION OF DISMISSAL**

NOW COMES Plaintiff UNION INSURANCE COMPANY ("Union"), and Defendants, CSAC, Inc. ("CSAC") and SADE M. CRAWFORD ("CRAWFORD"), by and through their respective attorneys, and hereby file this Stipulation of Dismissal pursuant to Rules 41(a)(ii) and 41(c) of the Federal Rules of Civil Procedure dismissing all claims, counterclaims, and causes of action herein, with prejudice, and with each party to bear their own costs.

Dated this 18th day of December, 2023.

Respectfully submitted,

**TRAUB LIEBERMAN STRAUS & SHREWSBERRY, LLP**

*/s/ Jason M. Taylor*
_____
Dana A. Rice (*admitted pro hac vice*)
Jason M. Taylor (*admitted pro hac vice*)

**ONDERLAW, LLC**

*/s/ Martin L. Daesch (w/ permission)*
_____
Martin L. Daesch, #40494
Jesse B. Rochman #60712

71 S. Wacker Dr., Ste. 2110
Chicago, Illinois 60603
Phone:  (312) 332-3900
Fax:  (312) 332-3908
drice@tlsslaw.com
jtaylor@tlsslaw.com

and


**BAKER STERCHI COWDEN & RICE LLC**

Scott Hofer
Kevin D. Brooks
1200 Main Street, Suite 2200
Kansas City, Missouri  64105
Phone (816) 472-7474
shofer@bakersterchi.com
kbrooks@bakersterchi.com

*Counsel for Plaintiff Union Insurance Company*

Craig W. Richards #67262
110 E. Lockwood
St. Louis, MO 63119
Phone: (314) 963-9000
Fax: (314) 963-1700
daesch@onderlaw.com
rochman@onderlaw.com
richards@onderlaw.com


*Counsel for Defendant Sade M. Crawford*
*Counsel for Defendant CSAC, Inc.*


**HEPLER BROOM LLC**

*/s/ Charles N. Insler (w/ permission)*
_____
Thomas J. Magee (32871MO)
Charles N. Insler (58623MO)
701 Market Street, Suite 1400
St. Louis, MO 63101
Phone: (314) 241-6160
Fax:  (314) 241-6116
tm1@heplerbroom.com
cni@heplerbroom.com

*Counsel for Defendant CSAC, Inc.*

## **CERTIFICATE OF SERVICE**

The undersigned hereby certifies that on December 18, the foregoing was filed electronically with the Clerk of Court, therefore to be served electronically by operation of the Court's electronic filing system upon all counsel of record.


*/s/ Jason M. Taylor*

_____